# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : Case No.: 4:20-cv-00194-CDL |
| Plaintiff, | : |
| v. | : |
| | : |
| KRISHNA LLC, | : |
| Defendant. | : |
| _____ | : |
| | : |
| | : |

## AFFIDAVIT OF TRISTAN W. GILLESPIE, ESQ.

I, Tristan W. Gillespie, Esq, hereby state under oath the following:

1. I am an attorney for the above-referenced Plaintiff. I have been an attorney since 2006 and a member in good standing in the Georgia, New York, Maryland, District of Columbia, and New Jersey Bars. My resume is attached hereto.

2. I have handled dozens of Title III ADA cases during the course of my professional career.

3. I am an attorney in the instant action. I certify that I personally entered and fully reviewed my time records and supporting data submitted in this action and, specifically in Plaintiffs' Fee Petition and that the motion is well-grounded and justified, and my time records are accurate.

1

4. The time sheets submitted by me are primary, rather than secondary (attached).  At the time of each task, I personally open the time sheet file maintained on my computer.  I personally enter the date, description of the task, and time in tenths of an hour.  When appropriate, I add up the time and calculate the entire bill.  The exhibit submitted as my time sheet is the original time sheet I maintain, converted into PDF version for submission as an exhibit.

5. A Bill of Costs and expenses incurred in this matter is attached hereto.

6. The invoice from the process server is attached hereto.

7. The invoice from the ADA researcher/investigator is attached hereto.

Pursuant to 28 USC § 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2020.

Attorney for Plaintiff:

 /s/ Tristan W. Gillespie
Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com