| Caplan, Caplan & Caplan Process Servers<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020025165<br>8/28/2020<br> |
|---|---|---|

TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.
5150 COTTAGE FARM RD
JOHNS CREEK, GA 30022

Reference Number: 3980

**Case Number: MIDDLE 4:20-CV-194(CDL)**

Plaintiff:
**DEBORAH LAUFER**

Defendant:
**KRISHNA LLC**

Received: 8/20/2020   Served: 8/25/2020 1:20 pm  CORPORATE
To be served on: KRISHNA LLC C/O JIGNESH PATEL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| OUT OF STATE ORIGINAL | 1.00 | 140.00 | 140.00 |
| TOTAL CHARGED: | | | $140.00 |

| **BALANCE DUE:** | | | **$140.00** |
|---|---|---|---|

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Page 1 / 1