# THOMAS B. BACON, P.A.
## ATTORNEYS-AT-LAW
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com

Our file 3380 – Laufer v. Krishna LLC, 4:20-cv-194,
Econo Lodge, 142 US HWY 82 Cuthbert, GA 39840

Tristan W. Gillespie Timesheet

**8/19/20**
| | |
|---|---|
| Review initial pre-suit investigation report and screenshots | 0.2 |
| Review correspondence from TBB re instructions for opening case | 0.1 |
| Research name and address of corporate owner of subject hotel. | 0.6 |
| Research whether Defendant had any prior ADA lawsuits filed against them. | 0.3 |
| Draft and file Cover Sheet, Summons and Complaint. | 1.9 |

**8/20/20**
| | |
|---|---|
| Review docket | 0.1 |
| Send Summons and Complaint to process server | 0.4 |

**8/28/20**
| | |
|---|---|
| Receive and file return of service | 0.3 |

**9/16/20**
| | |
|---|---|
| Draft and file Motion for Default | 0.6 |

**9/21/20**
| | |
|---|---|
| Draft and file Motion for Default Judgment | 1.9 |

**9/22/20**
| | |
|---|---|
| Draft and file affidavit re attorney fees | 2.5 |
| Total TG Time | 5.6 |

**Compensable TWG Time (8.9 hours multiply by $400.00/hr) = $3560.00**