IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | * |
| Plaintiff, | * |
| v. | Case No.  4:20-CV-194 (CDL) |
| | * |
| KRISHNA, LLC, | |
| | * |
| Defendant. | |
| | * |

# J U D G M E N T

Pursuant to the Order of this Court filed November 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,655.00. This amount shall accrue interest from the date of entry of judgment at the rate of 0.15 % per annum until paid in full.

This 15th day of November, 2021.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk